~~SEALED~~
**CASE UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **13CR0424 IEG** |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | Title 18, U.S.C., Sec. 371 - Conspiracy to Commit Mail Fraud, Wire Fraud, and Money Laundering; Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 1343 - Wire Fraud; Title 18, U.S.C., Sec. 1957 - Money Laundering; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 981(a)(1) and 982(a)(1)(C), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| JEFFREY B. KELLER (1), STUART STEINFELD (2), | |
| Defendants. | |

The Grand Jury charges:

<u>Count 1</u>

<u>CONSPIRACY</u>
[18 U.S.C. § 371]

1. Beginning on a date unknown to the grand jury, but no later than August 2007, and continuing through at least October 31, 2008, within the Southern District of California and elsewhere, defendants JEFFREY B. KELLER and STUART STEINFELD knowingly conspired with each other and with others, to commit the following offenses against the United States:

SPC:lml:San Diego
2/4/13

(a) Mail Fraud, that is, to knowingly devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and the concealment of material facts, and for the purpose of executing such scheme to cause to be placed in a United States post office and other authorized depository for mail matter items to be sent and delivered by the United States Postal Service, and to cause mail matter to be deposited to be sent and delivered by private and commercial interstate carrier according to the directions thereon, in violation of Title 18, United States Code, Section 1341;

(b) Wire Fraud, that is, to knowingly devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and the concealment of material facts, and in executing such scheme, to knowingly use, and cause to be used, interstate wire communications, in violation of Title 18, United States Code, Section 1343; and

(c) Money Laundering, that is, to knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, affecting interstate commerce, knowing that the transaction involved the proceeds of some form of unlawful activity of a value greater than $10,000, and which in fact involved the proceeds of specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343, and

mail fraud in violation of Title 18, United States Code, Section 1341, in violation of Title 18, United States Code, Section 1957.

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2. The principal goal of the conspiracy was to deceive life insurance companies into issuing life insurance policies with death benefits of millions of dollars to unqualified applicants, and to obtain for defendants JEFFREY B. KELLER and STUART STEINFELD millions of dollars in commissions from the insurance companies upon the issuance of the policies, and to convert those commissions to the defendants own use and benefit. To accomplish this purpose, it was part of the conspiracy that defendants JEFFREY B. KELLER and STUART STEINFELD:

  (a) recruited elderly individuals to apply for life insurance policies with death benefits ranging from $2 million to $10 million with the promise that there would be no cost to the applicant;

  (b) promised applicants that they would receive two years of coverage at the face value of the life insurance policy, followed by a payment of part of the sale price of the policy when it was sold to a third party after two years;

  (c) prepared and submitted to life insurance companies applications for life insurance that intentionally contained false representations and omitted material facts regarding the applicant's net worth, income, source of premium payments, and intent to sell the policy;

1     (d) used and caused life insurance companies, and
2 others to use interstate wire transmissions of funds, and
3 to send and receive mail matter via the United States mails
4 and private and commercial interstate carriers, in order to
5 fraudulently obtain insurance policies and commissions on
6 those policies;
7     (e) using the means and methods described above,
8 fraudulently obtained life insurance policy commissions from
9 life insurance companies totaling approximately
10 $3.77 million; and
11     (f) engaged in monetary transactions involving
12 funds fraudulently obtained from life insurance companies.
13   3.  In furtherance of the conspiracy and to effect and
14 accomplish the objects thereof, the following overt acts,
15 among others, were committed within the Southern District
16 of California, and elsewhere:
17     (a)  On or about August 25, 2007, defendant JEFFREY
18 B. KELLER caused to be submitted to a life insurance company
19 a false and fraudulent application for life insurance in the
20 amount of $10 million for LWR;
21     (b)  On or about October 30, 2007, defendant
22 JEFFREY B. KELLER caused to be submitted to a life insurance
23 company a false and fraudulent application for life
24 insurance in the amount of $5 million for PS;
25     (c)  On or about October 30, 2007, defendant
26 JEFFREY B. KELLER caused to be submitted to a life insurance
27 company a false and fraudulent application for life
28 insurance in the amount of $5 million for PB;

1         (d)   On or about December 7, 2007, defendant
2  JEFFREY B. KELLER caused to be submitted to a life insurance
3  company a false and fraudulent application for life
4  insurance in the amount of $9 million for JCR;

5         (e)   On or about December 10, 2007, defendant
6  JEFFREY B. KELLER caused to be submitted to a life insurance
7  company a false and fraudulent application for life
8  insurance in the amount of $8 million for MP;

9         (f)   On or about January 14, 2008, defendant
10 JEFFREY B. KELLER caused to be submitted to a life insurance
11 company a false and fraudulent application for life
12 insurance in the amount of $3 million for LKV;

13        (g)   On or about February 8, 2008, defendant STUART
14 STEINFELD caused to be submitted to a life insurance company
15 a false and fraudulent application for life insurance in the
16 amount of $9 million for WJM;

17        (h)   On or about March 10, 2008, defendant JEFFREY
18 B. KELLER caused to be submitted to a life insurance company
19 a false and fraudulent application for life insurance in the
20 amount of $3.5 million for AHG;

21        (i)   On or about March 20, 2008, defendant JEFFREY
22 B. KELLER caused to be submitted to a life insurance company
23 a false and fraudulent application for life insurance in the
24 amount of $8 million for GAP;

25        (j)   On or about March 20, 2008, defendant JEFFREY
26 B. KELLER caused to be submitted to a life insurance company
27 a false and fraudulent application for life insurance in the
28 amount of $10 million for MM;

1         (k)   On or about March 22, 2008, defendant JEFFREY B. KELLER caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $8 million for JAJ;

        (l)   On or about April 14, 2008, defendant STUART STEINFELD caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $4 million for HL;

        (m)   On or about April 18, 2008, defendant STUART STEINFELD caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $3.5 million for HM;

        (n)   On or about April 21, 2008, defendant STUART STEINFELD caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $2 million for GC;

        (o)   On or about May 6, 2008, defendant STUART STEINFELD caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $2 million for FK;

        (p)   On or about May 9, 2008, defendant JEFFREY B. KELLER caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $5 million for FAN;

        (q)   On or about May 14, 2008, defendant STUART STEINFELD caused to be submitted to a life insurance company a false and fraudulent application for life insurance in the amount of $5 million for JMC;

1        (r) On or about July 15, 2008, defendant JEFFREY
2  B. KELLER caused to be submitted to a life insurance company
3  a false and fraudulent application for life insurance in the
4  amount of $10 million for AJL;
5        (s) On or about February 7, 2008, defendant JEFFREY
6  B. KELLER transferred $200,000 from his Bank of America
7  business account to his Bank of America personal checking
8  account; and
9        (t) On or about March 31, 2008, defendant JEFFREY
10 B. KELLER transferred $100,000 from his Bank of America
11 interest bearing account to his Bank of America checking
12 account.
13 All in violation of Title 18, United States Code,
14 Section 371.

## Counts 2 - 15

### MAIL FRAUD
[18 U.S.C. § 1341]

4. Beginning on a date unknown to the grand jury, but no later than August 2007, and continuing through at least October 31, 2008, within the Southern District of California and elsewhere, defendants JEFFEY B. KELLER and STUART STEINFELD, with the intent to defraud, devised and intended to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

//
//

7

5. The allegations contained at paragraphs 2(a) through 3(t) of this Indictment are realleged as more fully describing the scheme.

## MAILINGS IN FURTHERANCE OF THE SCHEME

6. For the purpose of executing the above-describe scheme to defraud and to obtain money and property by materially false and fraudulent pretenses, representations, and promises, as well as omissions of material facts, on or about the following date, within the Southern District of California and elsewhere, defendants JEFFREY B. KELLER and STUART STEINFELD caused to be placed in a United States post office and other authorized depository for mail matter, items to be sent and delivered by the United States Postal Service, and caused mail matter to be deposited to be sent and delivered by private and commercial interstate carrier according to the directions thereon, as set forth below:

| COUNT | DATE | SENDER | RECIPIENT | ITEM |
|---|---|---|---|---|
| 2 | Mar. 20, 2008 | Phoenix Life Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $817,236.80 |
| 3 | Feb. 6, 2008 | Phoenix Life Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $472,441.50 |
| 4 | Apr. 21, 2008 | Nationwide Mutual Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $265,017.44 |
| 5 | May 21, 2008 | Nationwide Mutual Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $276,531.56 |
| 6 | Apr, 22, 2008 | Nationwide Mutual Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $437,324.04 |

//

8

| COUNT | DATE | SENDER | RECIPIENT | ITEM |
|---|---|---|---|---|
| 7 | May 6, 2008 | Nationwide Mutual Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $248,718.46 |
| 8 | Apr. 7, 2008 | Phoenix Life Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $191,250.00 |
| 9 | Jun. 9, 2008 | Nationwide Mutual Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $291,696.96 |
| 10 | Sep. 8, 2008 | Transamerica Life Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $74,060.00 |
| 11 | Jun. 26, 2008 | Transamerica Life Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $58,983.10 |
| 12 | Aug. 15, 2008 | Transamerica Life Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $45,450.00 |
| 13 | Jun. 23, 2008 | Nationwide Mutual Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $223,048.62 |
| 14 | Jul. 1, 2008 | Nationwide Mutual Insurance Co. | Stuart Steinfeld Solana Beach, CA | Commission Payment of $182,310.60 |
| 15 | Oct. 2, 2008 | Nationwide Mutual Insurance Co. | Jeffrey B. Keller Solana Beach, CA | Commission Payment of $257,337.32 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## Counts 16-30

### WIRE FRAUD

[18 U.S.C. § 1343]

7. Beginning on a date unknown to the grand jury, but no later than August 2007, and continuing through at least October 31, 2008, within the Southern District of California and elsewhere, defendants JEFFREY B. KELLER and STUART

9

STEINFELD, with the intent to defraud, devised and intended to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

8. The allegations contained at paragraphs 2(a) through 3(t) of this Indictment are realleged as more fully describing the scheme.

### WIRE TRANSMISSIONS IN FURTHERANCE OF THE SCHEME

9. On or about the dates set for below, within the Southern District of California and elsewhere, for the purpose of executing the above-describe scheme to defraud and to obtain money and property by materially false and fraudulent pretenses, representations, and promises, and omissions of material facts, defendants caused to be sent by interstate wire transmission the writings, signs, signals, pictures, and sounds set forth below:

| COUNT | DATE | ORIGINATOR | RECIPIENT | ITEM |
|---|---|---|---|---|
| 16 | Mar. 7, 2008 | Pacific Western Bank San Diego, CA | Phoenix Life Insurance Co. Hartford, CT | Premium Payment-LWR |
| 17 | Mar. 4, 2008 | Pacific Western Bank San Diego, CA | Phoenix Life Insurance Co. Hartford, CT | Premium Payment-JCR |
| 18 | Mar. 31, 2008 | Pacific Western Bank San Diego, CA | Nationwide Mutual Insurance Co. Columbus, OH | Premium Payment-MRP |
| 19 | May 6, 2008 | Bank of America San Marcos, CA | Nationwide Mutual Insurance Co. Columbus, OH | Premium Payment-WJM |

//

| COUNT | DATE | ORIGINATOR | RECIPIENT | ITEM |
|---|---|---|---|---|
| 20 | Apr. 10, 2008 | Pacific Western Bank San Diego, CA | Nationwide Mutual Insurance Co. Columbus, OH | Premium Payment-AHG |
| 21 | Apr. 21, 2008 | Pacific Western Bank San Diego, CA | Nationwide Mutual Insurance Co. Columbus, OH | Premium Payment-GAP |
| 22 | Mar. 20, 2008 | Pacific Western Bank San Diego, CA | Phoenix Life Insurance Co. Hartford, CT | Premium Payment-MMM |
| 23 | May 30, 2008 | Bank of America San Marcos, CA | Nationwide Mutual Insurance Co. Colombus, OH | Premium Payment-JAJ |
| 24 | Aug. 6, 2008 | Pacific Western Bank San Diego, CA | Transamerica Life Insurance Co. Cedar Rapids, IA | Premium Payment-HEL |
| 25 | Jun. 10, 2008 | Bank of America San Marcos, CA | Nationwide Mutual Insurance Co. Colombus, OH | Premium Payment-HDM |
| 26 | Jun. 10, 2008 | Bank of America San Marcos, CA | Transamerica Life Insurance Co. Cedar Rapids, IA | Premium Payment-GRC |
| 27 | Jul. 11, 2008 | Bank of America San Marcos, CA | Transamerica Life Insurance Co. Cedar Rapids, IA | Premium Payment-FJK |
| 28 | Jun. 5, 2008 | Pacific Western Bank San Diego, CA | Nationwide Mutual Insurance Co. Colombus, OH | Premium Payment-FAN |
| 29 | Jun. 18, 2008 | Pacific Western Bank San Diego, CA | Nationwide Mutual Insurance Co. Colombus, OH | Premium Payment-JMC |

//
//
//

| | | | | |
|---|---|---|---|---|
| 30 | Sep. 15, 2008 | Bank of America San Marcos, CA | Nationwide Mutual Insurance Co. Colombus, OH | Premium Payment-AJL |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## Count 31

### MONEY LAUNDERING
### [18 U.S.C. § 1957]

10. On or about February 7, 2008, within the Southern District of California and elsewhere, defendant JEFFREY B. KELLER did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater that $10,000, such property having been derived from a specified unlawful activity, that is, Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341 and 1343, by transferring $200,000 from his Bank of America business account (ending 806), to his Bank of America personal checking account (ending 924).

All in violation of Title 18, United States Code, Section 1957.

//
//
//
//
//
//

## Count 32

## MONEY LAUNDERING

[18 U.S.C. § 1957]

11. On or about March 31, 2008, within the Southern District of California and elsewhere, defendant JEFFREY B. KELLER did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater that $10,000, such property having been derived from a specified unlawful activity, that is, Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341 and 1343, by transferring $100,000 from his Bank of America interest bearing account (ending 111), to his Bank of America personal checking account (ending 924).

All in violation of Title 18, United States Code, Section 1957.

## FORFEITURE ALLEGATIONS

12. The allegations contained in Counts 1 through 30 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The allegations contained in Counts 31 and 32 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

//

13. Upon conviction of the offenses of conspiracy to commit mail fraud, wire fraud and money laundering, in violation of Title 18, United States Code, Section 371, as set forth in Count 1, or mail fraud, in violation of Title 18, United States Code, Section 1341, as set forth in Counts 2 through 15, or wire fraud, in violation of Title 18, United States Code, Section 1343, as set forth in Counts 16 through 30, defendants JEFFREY B. KELLER and STUART STEINFELD shall forfeit to the United States any property constituting or derived from proceeds traceable to such offense, including but not limited to a sum of money equal to the total amount of proceeds obtained directly or indirectly as a result of the offenses.

14. Upon conviction of the offense of money laundering, in violation of Title 18, United States Code, Section 1957, as set forth in Counts 31 and 32, defendant JEFFREY B. KELLER shall forfeit to the United States any real or personal property involved in such offense or traceable to such property.

15. Pursuant to Title 21, United States Code, Section 853(p), the defendants shall forfeit substitute property, up to the value of the amount described above, if, as a result of any act or omission of the defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled

```
 1  with other property which cannot be divided without
 2  difficulty.
 3  All pursuant to Title 18, United States Code,
 4  Sections 982(a)(1) and 981(a)(1)(C), and Title 28,
 5  United States Code, Section 2461(c).
 6       DATED: February 5, 2013.
```

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
STEPHEN P. CLARK
Assistant U.S. Attorney

15