Eugene G. Iredale, SBN: 75292
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, California 92101-6036
Telephone: 619.233.1525
Facsimile: 619.233.3221

Attorneys for Defendant
STUART STEINFELD

# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STUART STEINFELD, <br><br> Defendant. | Case No: 13-cr-00424-JLS <br><br> ACKNOWLEDGMENT OF NEXT COURT DATE |

I, Stuart Steinfeld, acknowledge that I have been advised that the sentencing hearing in the case has been continued from November 22, 2013 to January 31, 2014 at 9:00 a.m. I understand that I am required to be personally present in Court on the date of January 31, 2014 at 9:00 a.m.

Dated: 11/19/13

Stuart Steinfeld