Michael L. Lipman (SBN 66605)
Barbara Howe Murray (SBN 177254)
**DUANE MORRIS LLP**
750 B Street, Ste. 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
email:   mllipman@duanemorris.com
         bhmurray@duanemorris.com

Attorneys for Defendant
JEFFREY B. KELLER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY B. KELLER (1), STUART STEINFELD (2),<br><br>    Defendants. | Case No. 13CR0424 JLS<br><br>**JOINT MOTION TO CONTINUE JEFFREY B. KELLER'S SENTENCING**<br><br>DATE:       December 12, 2014<br>TIME:       9:00 a.m.<br>Courtroom:  4A<br>Judge: Hon. Janis L. Sammartino |

Defendant Jeffrey B. Keller and the United States of America, through their respective counsel, respectfully request that the Court enter an Order continuing Mr. Keller's sentencing from December 14, 2014 to June 5, 2015 at 9:00 a.m. on the grounds that the parties need additional time to prepare for sentencing.

///
///
///
///
///
///
///

Mr. Keller's acknowledgement of the new sentencing date is filed concurrently herewith.

Dated: October 23, 2014

**DUANE MORRIS LLP**
By: /s/ Barbara Howe Murray
Michael L. Lipman
Barbara Howe Murray
Attorneys for Defendant Jeffrey B. Keller

Dated: October 23, 2014

**LAURA E. DUFFY**
**United States Attorney**
By: /s/ Robert S. Huie
Robert S. Huie
Assistant U.S. Attorney