Eugene Iredale SBN: 75292
Danielle Iredale SBN: 304693
105 West "F" St.  Fourth Floor
San Diego, CA 92101
egiredale@iredalelaw.com
danielle.iredale@gmail.com

Attorneys for Defendant Stuart Steinfeld

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 13CR424-JLS-2 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION FOR |
| v | ) | TERMINATION OF |
| | ) | SUPERVISED RELEASE |
| | ) | |
| STUART STEINFELD, | ) | |
| Defendant. | ) | |
| | ) | |

   Defendant Stuart Steinfeld hereby moves the Court for termination of supervised release pursuant to 18 U.S.C. §3583(e)(1).  This motion is unopposed by Assistant United States Attorney Daniel Zipp.  It is also unopposed by United States Probation Officer Lisa Williams.

   Mr. Steinfeld is on administrative status and his period of supervised release is set to expire June of 2017.  He has been in full compliance with the terms and conditions of his supervised release.  In addition he has been taking classes at

Palomar College and MiraCosta College.  Mr. Steinfeld has also been volunteering in the cleanup efforts at the San Elijo Lagoon.

It is respectively requested that the Court grant the above motion.

DATED: 20 March 2017                    Respectfully submitted,

                                        */s/ Eugene Iredale*
                                        EUGENE G. IREDALE

                                        */s/ Danielle Iredale*
                                        DANIELLE R. IREDALE

                                        Attorneys for Stuart Steinfeld

## Proof of Service

I, Danielle Iredale, do hereby state:

I am a citizen of the United States and a resident of the county of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 105 West "F" St. San Diego, CA 92101.

On this 20th day of March 2017, I served the within Motion for Termination of Supervised Release in case 13cr424-JLS electronically through the CM/ECF system for the Southern District of California.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 20, 2017                                    */s/ Danielle Iredale*
                                                                              _____
                                                                              Danielle Iredale
                                                                              Attorney at Law